**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 07-22814-CIV-GOLD/TURNOFF**

CREATIVE COMPOUNDS, LLC,

    Plaintiff/Counterclaim-Defendant,

  vs.

STARMARK LABORATORIES,

    Defendant/Counterclaim-Plaintiff.                               /

**JOINT SCHEDULING PLAN COMPLYING WITH LOCAL RULE 16.1 AND THE COURT'S NOVEMBER 9, 2007 SCHEDULING ORDER**

Plaintiff/Counterclaim-Defendant Creative Compounds, LLC ("Creative") and Defendant/Counterclaim-Plaintiff Starmark Laboratories ("Starmark"), by and through their respective undersigned counsel and pursuant to Local Rule 16.1 of the United States District Court for the Southern District of Florida, hereby submit the following joint scheduling report:

**I. JOINT SCHEDULING REPORT PURSUANT TO S.D.Fla.L.R. 16.1(B)(2)**

    a.    Creative and Starmark do not believe that settlement is likely at this stage.

    b.    Creative and Starmark do not anticipate additional parties appearing in this action.

    c.    Creative and Starmark propose the following limitations which are also contained in their *Joint Scheduling Report* being filed contemporaneously:

        i.    to join other parties and to amend pleadings – March 21, 2008;

        ii.    to file and hear non-dispostive/pretrial motions – August 1, 2008 and dispositive motions by September 5, 2008; and

        iii.        June 20, 2008 to complete non-expert discovery – and August 1, 2008 to complete expert discovery.

    d.    Creative and Starmark currently have no proposals for simplifying the issues;

    e.    Creative and Starmark do not anticipate additional amendments to the pleadings;

    f.    Creative and Starmark remain amenable to stipulating to the authenticity of documents, electronically stored information, or things;

    g.    Creative and Starmark, at this time, have no suggestions for the avoidance of unnecessary proof and of cumulative evidence;

    h.    Creative and Starmark believe that certain pretrial matters can be referred to the Magistrate Judge for disposition and have indicated such on their respective *Consent to Jurisdiction*;

    i.    Starmark estimates that it will take three days to present its case;

    j.    The parties request that the pretrial conference take place on October 17, 2008 and that the trial begin on October 20, 2008.

## II.  PROPOSED DATES

    a.    The parties are filing separately Appendix I and Appendix II to the Court's November 9, 2007 Scheduling Order addressing dates certain and consent to magistrate.

    b.    The parties believe this matter should be assigned to the Standard Track.

    c.    The case should be tried to a jury.

d. The case involves Creative's claims for declaratory relief and Starmark's claims of infringement and invalidity. Starmark's claim for damages includes but is not limited to: lost profits, a reasonable royalty, costs, attorneys' fees, and injunctive relief.

e. At this stage, Starmark admits to Creative's allegations of jurisdiction, venue, and certain allegations relating to its rights in the 373 Patent. All other facts are contested and must be explored through discovery.

f. The parties identify the issues as follows:

   i. Whether Creative's 273 Patent infringes Starmark's 373 Patent;

   ii. Whether claims of Creative's 273 Patent are valid;

   iii. Whether claims of Starmark's 373 Patent are valid.

g. No motions are pending.

h. Starmark, in a prior action, has served requests to admit that Creative has failed to answer.

i. Starmark and Creative do not believe there are any unique legal, factual, or jurisdictional issues.

j. Starmark and Creative believe that certain issues can be addressed by the Court's Magistrate and have indicated as such on their respective *Consent to Jurisdiction* forms being submitted herewith.

k. Starmark and Creative request that the Court schedule interim telephonic case management conferences.

l. No offers to settle have been made.

  m. Starmark and Creative do not believe that the Manual on Complex Litigation, Third Edition, would be of assistance in this cause.

  n. The parties have complied with their respective disclosure requirements pursuant to Fed.R.Civ.P. 26(a)(3).

  o. The parties do not believe that there are any other matters that will aid the Court in the fair and expeditious administration of this case.

    Respectfully submitted,

    CREATIVE COMPOUNDS, LLC.

    By: s/Christopher M. David_____
    Christopher M. David, Esq.
    DAVID AND JOSEPH, P.L.
    1001 Brickell Bay Drive
    Suite 2002
    Miami, FL 33131
    (786) 364-7990
    (786) 364-7995 (fax)
    cdavid@davidjosephlaw.com

     s/Frank M. Holbrook\_\_\_\_\_
    Frank M. Holbrook, Esq.
    Melody McAnally, Esquire
    BUTLER, SNOW, O'MARA, STEVENS & CANADA, PLLC
    6075 Poplar Avenue
    Suite 500
    Memphis, TN  38187
    (901) 680-7200
    (901) 680-7201 (fax)
    frank.holbrook@butlersnow.com
    melody.mcanally@butlersnow.com

STARMARK LABORATORIES, INCORPORATED

By: ___s/ Gavin P. Lentz_____
Gavin P. Lentz, Esq.
Todd S. McGarvey, Esq.
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
(215) 735-2455 (fax)
glentz@bochettoandlentz.com
tmcgarvey@bochettoandlentz.com


_____s/ Frederick A. Tecce_____
Frederick A. Tecce, Esq.
MCSHEA\TECCE, P.C.
The Bell Atlantic Tower – 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800
(215) 599-0888 (fax)
ftecce@mcshea-tecce.com


_____s/Michael Tarre_____
Michael Tarre, Esquire
Two South Biscayne Boulevard
Suite 3700
Miami, FL 33131
(305) 372-0774
(305) 372-1589 (fax)
mtarre@bellsouth.net

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed this 13th day of February, 2008 with the Clerk of the Court using CM/ECF.  Notice of Electronic Filing was sent via CM/ECF to all counsel of record on the service list.

            DAVID AND JOSEPH, P.L.
            Attorneys for Plaintiff
            1001 Brickell Bay Drive, Suite 2002
            Miami, Florida  33131
            Tel: (786) 364-7990
            Fax: (786) 364-7995
            E-Mail: cdavid@davidjosephlaw.com

            By:   s/Christopher M. David
               CHRISTOPHER M. DAVID
               F.B.N.: 985163

## SERVICE LIST

| **Frederick A. Tecce**<br>McShea & Tecce<br>1717 Arch Street<br>Bell Atlantic Tower 28th Floor<br>Philadelphia, PA 19103<br>215-599-0800<br>Fax: 599-0888<br>Email: ftecce@mcshea-tecce.com<br>*Attorney for Defendant Starmark Laboratories* | **Gavin P. Lentz**<br>Bochetto & Lentz<br>1524 Locust Street<br>Philadelphia, PA 19102<br>215-735-3900<br>Fax: 215-735-2455<br>Email: glentz@bochettoandlentz.com<br>*Attorney for Defendant Starmark Laboratories* |
|---|---|
| **Michael S. Tarre**<br>Michael Tarre PA<br>2 S Biscayne Boulevard<br>Suite 3700<br>Miami, FL 33131<br>305-372-0774<br>Fax: 372-1589<br>Email: mtarre@bellsouth.net<br>*Attorney for Defendant Starmark Laboratories* | **Todd S. McGarvey**<br>Bochetto & Lentz<br>1524 Locust Street<br>Philadelphia, PA 19102<br>215-735-3900<br>Fax: 215-735-2455<br>Email: tmcgarvey@bochettoandlentz.com<br>*Attorney for Defendant Starmark Laboratories* |

Memphis 598065v.1