## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-22814-CIV-GOLD-TURNOFF

CREATIVE COMPOUNDS, LLC,

     Plaintiff,

v.

STARMARK LABORATORIES,

     Defendant.

_____/

### CREATIVE COMPOUNDS, LLC'S REQUEST FOR TELEPHONIC ORAL ARGUMENTS ON ITS MOTION TO DISMISS [DE 98]

COMES NOW Plaintiff/Counter-Defendant Creative Compounds, LLC ("Creative"), by and through counsel, and pursuant to Local Rule 7.1(B)(1), hereby requests oral arguments on its Motion to Dismiss [DE 98], and respectfully requests that the same be held telephonically, if possible.

Creative submits that oral arguments would be helpful to the Court, in that: (1) Creative believes its motion creates a case of first impression with regard to the novel question of law, "Can acts committed by a patentee prior to the organization/incorporation of a declaratory judgment plaintiff give rise to a justiciable controversy between said patentee and declaratory judgment plaintiff?"[1]; and (2) the facts material to the underlying motion, while predominantly undisputed by the parties, are complex and oral arguments will give the parties the opportunity to contemporaneously alleviate any potential confusion by the Court as to the timeline of events. Creative respectfully submits that oral arguments would not take more than 15 minutes per side.

---

[1] During briefing of the motion, neither party has presented the Court with any case law directly on point, and Creative is not aware of any such cases.

Creative further suggests that the parties meet and confer in advance of such oral

arguments in order to jointly submit to the Court a statement of the undisputed facts

material to the underlying motion.

SUBMITTED, this the 29th day of July, 2009.

/s/ Matthew A. Rosenberg
THE LAW OFFICES OF MATTHEW
ROSENBERG, LLC
Matthew A. Rosenberg, Esq. (admitted *pro hac vice*)
36 Four Seasons Center #116
St. Louis, MO 63017
Tel: 314-256-9699
Fax: 314-786-0532
Email: matt@lomr-law.com

Brian J. McMahon, Esq. (Admitted *pro hac vice* )
Vincent E. McGearty, Esq. (Admitted *pro hac vice* )
Lisa H. Wang, Esq. (Admitted *pro hac vice* )
Thomas R. DeSimone, Esq. (Admitted *pro hac vice* )
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Tel: 973-596-4500
Fax: 973-596-0545
Email:   bmcmahon@gibbonslaw.com
         vmcgeary@gibbonslaw.com
         wang@gibbonslaw.com
         TDeSimone@gibbonslaw.com

CHRISTOPHER M. DAVID
(F.B.N.: 985163 )
DAVID AND JOSEPH, P.L.
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131
Tel: (786) 364-7990
Fax: (786) 364-7995
E-Mail: cdavid@davidjosephlaw.com

*Attorneys for Plaintiff/Counter-Defendant*
*Creative Compounds, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed 29th day of July, 2009 with the Clerk of the Court using CM/ECF.  Notice of Electronic Filing was sent via CM/ECF to all counsel of record on the service list.

DAVID AND JOSEPH, P.L.
Attorneys for Plaintiff
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131
Tel: (786) 364-7990
Fax: (786) 364-7995
E-Mail: cdavid@davidjosephlaw.com

By:  s/Christopher M. David
        CHRISTOPHER M. DAVID
        F.B.N.: 985163

3

*Creative Compounds, LLC v. Starmark Laboratories*
**Case No. 07-22814-CIV-GOLD-McAliley**
<u>**SERVICE LIST**</u>

**Frederick A. Tecce**
McShea & Tecce
1717 Arch Street Bell Atlantic Tower
28th Floor
Philadelphia, PA 19103
215-599-0800 Fax: 599-0888
Email: ftecce@mcshea-tecce.com
Attorney for Defendant Starmark
Laboratories

**Michael S. Tarre**
Michael Tarre PA
2 S Biscayne Boulevard Suite 3700
Miami, FL 33131
305-372-0774 Fax: 372-1589
Email: mtarre@bellsouth.net Attorney
for Defendant Starmark Laboratories

**Brian J. McMahon**
Gibbons P.C.,
One Gateway Center,
Newark, NJ 07102
Tel: 973-596-4500
Fax: 973-596-0545
Email: bmcmahon@gibbonslaw.com.
Attorney for Plaintiff Creative
Compounds, LLC

**Lisa H. Wang**
Gibbons P.C.,
One Gateway Center,
Newark, NJ 07102
Tel: 973-596-4500
Fax: 973-596-0545
Email: .lwang@gibbonslaw.com
Attorney for Plaintiff Creative
Compounds, LLC

**Gavin P. Lentz**
Bochetto & Lentz
1524 Locust Street
Philadelphia, PA 19102
215-735-3900 Fax: 215-735-2455
Email: glentz@bochettoandlentz.com
Attorney for Defendant Starmark
Laboratories

**Todd S. McGarvey**
Bochetto & Lentz
1524 Locust Street
Philadelphia, PA 19102
215-735-3900 Fax: 215-735-2455
Email: tmcgarvey@bochettoandlentz.com
Attorney for Defendant Starmark
Laboratories

**Vincent E. McGeary**
Gibbons P.C.,
One Gateway Center,
Newark, NJ 07102
Tel: 973-596-4500
Fax: 973-596-0545
Email: .vmcgeary@gibbonslaw.com
Attorney for Plaintiff Creative Compounds,
LLC

**Thomas R. DeSimone**
Gibbons P.C.,
One Penn Plaza,
New York, NY 10119
Tel: 973-596-4500
Fax: 973-596-0545
Email: TDeSimone@gibbonslaw.com
Attorney for Plaintiff Creative Compounds,
LLC

**Matthew A. Rosenberg**
The Law Offices of Matthew Rosenberg, LLC
36 Four Seasons Ctr., #116
St. Louis, Mo. 63017
Tel: 314-256-9699
Fax: 314-786-0532
Email: matt@lomr-law.com
Attorney for Plaintiff Creative